

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00695-CV

James W. **VOLBERDING**, as Receiver for Charles Locascio,
Manuel Zamora, Jr. and Amelia Zamora,
Appellants

v.

Christopher John **LOCASCIO**, Matthew Locascio,
Remy Locascio, Sarah Locascio, and Charles Locascio,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-03958
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: March 18, 2020

VACATED AND REMANDED

On February 23, 2020, appellant James W. Volberding filed "Receiver's Agreed Motion

to Dismiss and to Vacate Judgment." The agreed motion, which is signed by counsel for all of the

parties, states that the parties have settled the underlying dispute. The motion requests that the

trial court's judgment be vacated and that a "final appellate judgment and mandate" be rendered.

The motion is granted. However, because the parties did not provide us with the specific judgment

to be rendered, we must remand the cause to the trial court for rendition of judgment. Accordingly,

the "Agreed Final Judgment" of the trial court signed on August 15, 2019 is set aside without regard to the merits and the cause is remanded to the trial court for rendition of judgment in accordance with the parties' mediated settlement agreement. Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM